FILED

03/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0057

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 22-0057**

THOMAS PENNELL and MINDY
PENNELL,

        Appellants,

v.

NATIONSTAR MORTGAGE, LLC d/b/a
MR. COOPER; FIRST AMERICAN TITLE
COMPANY OF MONTANA, INC.;
DANIEL INMAN; and JOHN DOES 1-10,

        Appellee.

**ORDER GRANTING EXTENSION**
**TO FILE OPENING BRIEF**

Upon Appellants' Unopposed Motion for Extension of Time to File Opening Brief, and with good cause appearing therefor,

IT IS HEREBY ORDERED that Appellants shall have up to and including May 9, 2022, by which they may file their Opening Brief.

ELECTRONICALLY SIGNED AND DATED AS INDICATED BELOW

Order Granting Extension to File Opening Brief

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 29 2022